May 16, 2008

Mr. James W. Bowen
Hunton & Williams LLP
Fountain Place
1445 Ross Ave., Suite 3700
Dallas, TX 75202-2799

Honorable Sally Montgomery
County Court at Law #3
George L. Allen, Sr., Courts Building
600 Commerce St., 5th Floor
Dallas, TX 75202
Mr. William S. Snyder
Sayles | Werbner PC
1201 Elm Street, Suite 4400
Dallas, TX 75270

RE: Case Number: 06-0886
 Court of Appeals Number: 05-05-01430-CV
 Trial Court Number: 04-04729-C

Style: IN RE CITIGROUP GLOBAL MARKETS, INC. (F/K/A SALOMON SMITH
 BARNEY, INC.), CITIGROUP, INC., AND STACY OELSEN

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion in the above-referenced cause. The stay order issued November 21,
2006 is lifted.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cynthia Figueroa |
| |Calhoun |
| |Ms. Lisa Matz |